555 new

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3    Name HOWARD LAMONT

4    (Last)    (First)    (Initial)

5    Prisoner Number G-08473 — L4-117

6    Institutional Address P O BOX 2210

7    Susanville California 96127-2210

FILED 08 JUL -9 PM 4:58

9    **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**

11    LAMONT HOWARD
       (Enter the full name of plaintiff in this action.)

**CV 08 3307**

12    vs.      Case No. _____
                      (To be provided by the clerk of court)

13    S. MOORE - WARDEN

14    DEPARTMENT OF CORRECTIONS    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

15    DUAL VOCATIONAL INSTITUTION

16    TRACY CALIFORNIA
       (Enter the full name of the defendant(s) in this action))

**E-filing**    (PR)

18    *[All questions on this complaint form must be answered in order for your action to proceed.]*

19    I.    Exhaustion of Administrative Remedies

20       [**Note:** You must exhaust your administrative remedies before your claim can go

21       forward. The court will dismiss any unexhausted claims.]

22       A.    Place of present confinement CALIFORNIA CORRECTIONAL CENTER

23       B.    Is there a grievance procedure in this institution?

24            YES (X)    NO ( )

25       C.    Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES (X)    NO ( )

28       D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal  BYPASS NESSECARY
4  to gain RELIEF FROM ADMINISTRATIVE
5  LEVEL  2. First
6  formal level
7
8
9  3. Second formal level WAS SENT to this LEVEL FOR
10  REVIEW AND WAS DISCARDED with A
11  REFUSAL to REPLY (NON RECEPTIVE) 4. Third
12  formal level WAS (REWRITTEN) AND SENT to
13  DIRECTORS LEVEL AND DISAPPEARED AT that
14  LEVEL. (NON RECEPTIVE)

15  E.  Is the last level to which you appealed the highest level of appeal available to
16  you?
17       YES (X)    NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why. I Made every attempt to resolve
20  this matter at administrative level.
21
22  II.  Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24  if any.
25  LAMONT HOWARD - G-08473 - L4-117
26  PO BOX 2210
27  SUSANVILLE CALIFORNIA 96127-2210
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                              - 2 -

1  place of employment.
2
3  S. MOORE (WARDEN)
4  DEPT OF CORRECTIONS, DUAL Vocational Institution
5  TRACY CALIFORNIA, ← P.O. BOX 600
6  91760                                    III.
7  Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 On About March 13, 2008 I was sent to DVI after
13 I received a sentence of 2 years from Manteca CA. while
14 I't the Reception Center there I received threats on my
15 life by several gang members from the Black Gorilla Family
16 I chose to go to Administration Segregation to save my-
17 self. I explained that I was a former BGF member
18 and was willing to DEBRIEF. I was told by staff at
19 Tracy that the Institution Security unit would come to
20 assist me in this matter however, they never came
21 and refused several requests I made by simply
22 ignoring them. I was also told that the Gang Investig-
23 ators would come, they never came and ignored me.
24 "Please see attached"
25 IV.  Relief
26    Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I would like the court to Reprimand this warden

COMPLAINT                      - 3 -

STAFF [illegible] population is I was an enemy to the Black Gorilla Family. I went to the classification hearing where Steven Moore (Warden) informed me that I was going to Susanville and I shouldn't have any problem. Another attempt to communicate my dilemma was tried by the counselor in classification who suggested to this warden that she felt I should go to a SENSITIVE NEEDS YARD in view of the information she had concerning past conflict I had with the BGF, the warden became angry and refused to consider this as an option. Still another attempt was made by the psychk who was in classification who went to his office to appeal to him to let me go to a protected yard, again this warden refused. This warden ordered a special van to bring me to Susanville and I explained my situation to the officers here. I was placed in AD SEG where it was discovered by the Gangs Investigator along with my files by ICC that I was in fact telling the truth about my situation. The WARDEN — STEVEN MOORE deliberately placed me in a life threatening situation and refused to offer me equal protection under the law. I am presently in AD SEG here in Susanville participating in the debriefing process so I can have a chance to go to a protected yard within the Department of Corrections. I filed 2 602 grievance at Tracy however!, they both disappeared. I sent another to Sacramento, Appeal Coordinator and it disappeared. There's no other process I can rely on with CDC,

1    FOR HIS MISUSE AND ABUSE OF POWER.
2    IN REFERENCE TO THE EMOTIONAL PAIN AND
3    SUFFERING I REQUEST A FINANCIAL COMPEN-
4    SATION OF THE AMOUNT OF $250,000 OR A SETTLEMENT
5    AMOUNT AGREED TO BY ME.

7    I declare under penalty of perjury that the foregoing is true and correct.

9    Signed this __25__ day of __JUNE__, 20_08_

11    _Tramont Howard_
12    (Plaintiff's signature)

COMPLAINT      - 4 -

