FILED
08 JUL -9 PH 4:58

MMC
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAMONT HOWARD
C-08473-L4-117
PO BOX 2210
SUSANVILLE CA
96127-2210
           Plaintiff,

CASE NO. CV 08 3307

vs.

S. MOORE - WARDEN
DEPARTMENT OF CORRECTIONS
DUAL VOCATIONAL INSTITUTION
PO BOX 600
TRACY CA, 91760
           Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

E-filing

I, Lamont Howard, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____NA_____  Net: _____NA_____

Employer: _____NA_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  GAURENTEED TRAFFIC, Phoenix Arizona
5  2006
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✗
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✗
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✗
14     d.   Pensions, annuities, or              Yes ___ No ✗
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✗
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                         Yes ___ No ✗
24 Spouse's Full Name: N/A
25 Spouse's Place of Employment: N/A
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ N/A                    Net $ N/A
28 4.   a.   List amount you contribute to your spouse's support:$ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _NA_____
6    _____
7  5. Do you own or are you buying a home?           Yes ___ No _X_
8  Estimated Market Value: $ _NA_   Amount of Mortgage: $ _NA_
9  6. Do you own an automobile?                     Yes ___ No _X_
10 Make _NA_   Year _NA_   Model _NA_
11 Is it financed? Yes ____ No ____ If so, Total due: $ _NA_
12 Monthly Payment: $ _NA_
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _NA_
15 _____
16 Present balance(s): $ _NA_
17 Do you own any cash? Yes ___ No _X_ Amount: $ _0_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _0_                        Utilities: _0_
23 Food: $ _0_                        Clothing: _0_
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 _NA_            $ _NA_              $ _NA_
27 _NA_            $ _NA_              $ _NA_
28 _NA_            $ _NA_              $ _NA_       9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _NA_
4  _Other than 200.00 Restitution from Courts_
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _1991 - United States District Court - Southern_
10 _District of California_
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _6-25-08_                           _Damont Howard_
17       DATE                             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ____0_____ for the last six months at

_____CCC_____ where (s)he is confined.
[name of institution]

[prisoner name]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___0___.

Dated: 6-27-08                     _____/s/_____

[Authorized officer of the institution]

- 5 -

REPORT ID: TS3030

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 11, 2007 THRU JUN. 30, 2008

ACCOUNT NUMBER : C00474            BED/CELL NUMBER: L00000000001
ACCOUNT NAME   : HOWARD, LAMONT    ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/10/2008 | H109 | LEGAL POSTAGE HOLD | 5022 LEGAL | 0.54 |
| 06/12/2008 | H200 | CFFFICIAL H D | SIGT LEGAL | 5.74 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 6.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE

6.23-